**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

OCT 25 2011 .

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

COURT FILE NO.: _____

| | |
|---|---|
| Rosie M. Thomas, | **WESTERN DIVISION** |
| Plaintiff, | **COMPLAINT** |
| v. | 4 · 11 - CV - 0775 DPM |
| Deutsche Bank National Trust Company, As Trustee for IXIS Real Estate Capital Trust; Saxon Mortgage Services, Inc.; and Ocwen Loan Servicing, LLC. | **JURY TRIAL DEMANDED** |
| Defendants. | This case assigned to District Judge Marshall and to Magistrate Judge Volpe |

COMES NOW, the Plaintiff, Rosie M. Thomas, by and through her attorney, The Henry Firm, P.A., and for her Complaint for Violations of the Federal Fair Debt Collection Practices Act and for Breach of Contract, hereby states:

## JURISDICTION

1.   Jurisdiction of this Court arises under 28 U.S.C. §1331, 15 U.S.C. §1692k(d), and to 28 U.S.C. §1367 for pendent state law claims.

2.   This action arises out of Defendants repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") and out of the invasions of Plaintiff's personal and financial privacy by Defendants and their agents in their illegal efforts to collect a consumer debt from Plaintiff.

3.   Venue is proper in this District because the acts and transactions occurred within the State of Arkansas, the Plaintiff is domiciled within the State of Arkansas, and the Defendants transact business within the State of Arkansas.

## PARTIES

4.      Plaintiff, Rosie M. Thomas, resides in the City of North Little Rock, County of Pulaski, State of Arkansas, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

5.      As an African American, the Plaintiff is a member of a protected class.

6.      Defendant, Deutsche Bank National Trust Company (hereinafter "Deutsche"), at Trustee for IXIS Real Estate Capital Trust, is a New York Corporation operating from a principal address of 60 Wall Street NYC 60-4006, New York, New York, 10005.

7.      Defendant, Saxon Mortgage Services, Inc. (hereinafter "Saxon"), is a Texas Corporation operating from a principal address of 4708 Mercantile Drive N, Fort Worth, Texas, 76137.

8.      Defendant Ocwen Loan Servicing, LLC. (hereinafter "Ocwen"), is a Delaware Corporation operating from a principal address of 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409.

## FACTUAL ALLEGATIONS

9.      Sometime prior to 2005, Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5), namely, a mortgage with Deutsche, loan number 3000010031.

10.     Some time thereafter, Saxon acquired the loan servicing rights for the above referenced loan.

11.     On or about November 3, 2009, acting as her own agent, the Plaintiff applied for the Home Affordable Modification Program (hereinafter "HAMP"). [1]

---

[1]   See HAMP Agreement dated Nov.3.2009 inc. as Pl.'s Attach. 1.

12.    Under the terms of this agreement, the Plaintiff agreed to pay Deutsche, $459.98 per month beginning December 1, 2009 on the remaining principal balance of the loan at a reduced interest rate. This amount also included the escrow payment for taxes and insurance.

13.    On or about March, 5, 2010, acting as her own agent, the Plaintiff remitted Step Two (of the Two-Step Documentation Process).[2]

14.    Under the terms of the final HAMP agreement, the Plaintiff agreed to pay Deutsche $381.97 in principal and $124.29 in escrow and interest calculated periodically.

15.    On or about March 31, 2010, Saxon notified the Plaintiff of Deutsche's acceptance of the HAMP Modification Agreement and her successful completion of the HAMP trial.[3]

16.    On or about April 1, 2010, Saxon, notified the Plaintiff they would no longer service her loan and that the loan servicing rights had been transferred to Ocwen, effective April 16, 2010.[4]

17.    The loan servicing notice further stated that Saxon would accept all payments due on or before April 15, 2010, and Ocwen would accept all payments due on or after April 16, 2010.[5]

18.    The Plaintiff remitted, and Ocwen accepted; the mortgage payment due on or around May 1, 2010, which was the next payment due after the loan servicing rights were transferred to them.

19.    The loan payments were current as of the date the loan was transferred to Ocwen, and the Plaintiff has remitted, and continues to remit to Ocwen, timely payments arising as a result of the modified mortgage agreement.

---

[2]   See HAMP Agreement dated Mar.5.2010 inc. as Pl.'s Attach 2.
[3]   See Corsp. from Saxon to Thomas dated Mar.31.2010 inc. as Pl.'s Attach 3.
[4]   See Corsp. from Saxon to Thomas dated Apr.1.2010 inc. as Pl.'s Attach 4.
[5]   See Pl.'s Attach 4.

20.   After accepting the modified mortgage, Deutsche, by and through the co-defendants, harassed the Plaintiff by means of intimidating telephone calls and written communication regarding an alleged arrearage on the mortgage.

21.   After Ocwen accepted the loan servicing rights from Saxon; Ocwen, by and through its agents, has habitually and systematically engaged in collection activities against the Plaintiff in an attempt to collect an alleged arrearage on Plaintiff's account by means of intimidating telephone calls, correspondence and threats of foreclosure.

22.   Ocwen has also engaged in telephonic and written communication with the Plaintiff whereby it made assurances regarding the mortgage loan as being current, with all prior payments as having been applied thereto.[6]

23.   While providing proof of past payments, the Plaintiff continued to pay the modified mortgage payment to Ocwen.

24.   To date, the Plaintiff has maintained the mortgage payment with Ocwen having accepted the same.

25.   The above-described collection communications made to Plaintiff by Ocwen and their agents or affiliates were made in violation of multiple provisions of the FDCPA, including but not limited to 15 U.S.C. § 1692f(1) and 15 U.S.C. § 1692c(5).

26.   The above-detailed conduct by Ocwen of harassing the Plaintiff in an effort to collect an alleged debt was a violation of multiple provisions of the FDCPA, including but not limited to all of the above mentioned provisions of the FDCPA, as well as an invasion of Plaintiff's privacy by an intrusion upon seclusion, which resulted in actual damages to the Plaintiff.

---

[6] See Corsp. from Ocwen to Thomas dated May 13, Jul. 14, Jul. 30 & Oct. 29, 2010 inc. as Pl.'s Attach 5.

27.     The Defendants illegal abusive collection communications as more fully described above were the direct and proximate cause of severe emotional distress on the part of the Plaintiff and caused her unnecessary personal strain.

28.     The illegal and abusive collection activities engaged in by the Defendants were of such a nature as to disrupt the marriage relationship between the Plaintiff and her now estranged husband, Luis Thomas, such that Luis Thomas abandoned the Plaintiff in an attempt to prevent further harassment to himself by the Defendants.

29.     The Plaintiff has suffered actual damages as a result of these illegal collection communications by the Defendants in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, and embarrassment, amongst other negative emotions, as well as suffering from unjustified and abusive invasions of personal privacy.

## TRIAL BY JURY

30.     The Plaintiff is entitled to and hereby respectfully requests a trial by jury on all issues so triable.  US Const. amend. 7., Fed. R. Civ. Pro. 38.

## CAUSES OF ACTION

### COUNT I
### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692 et seq.

31.     The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

32.     The foregoing acts and omissions of each and every Defendant and their agents constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to this Plaintiff.

33.     As a result of each and every Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from each Defendant.

## COUNT II
## BREACH OF CONTRACT

34.     The Plaintiff incorporates by reference all of the above paragraphs in this Complaint as though fully stated herein.

35.     Deutsche, by and through its agents, has accepted Plaintiff's modified mortgage payment since on or around April of 2010, thereby constituting a modification of Plaintiff's mortgage and a waiver by Deutsche of any claims or warranties regarding the previous mortgage contract.

36.     The Plaintiff raises the claim of express contract as the modified mortgage agreement between the Parties specifically states all the terms of the Parties agreement.

37.     The Plaintiff raises the claim of promissory estoppel as the Defendants' knew, or should have known, the Plaintiff would rely on the statements and promises of its agents, whether in telephonic or written form, as well as the modified mortgage the Parties agreed to.

38.     The Plaintiff in fact relied on the statements and promises of the Defendants' to her detriment.

39.     Non-enforcement of the modified mortgage contract would cause further detriment and injustice to the Plaintiffs.

## PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiff prays that judgment be entered against each and every Defendant:

- for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against each Defendant and for Plaintiff;

- for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against each Defendant;

- for specific performance of the modified mortgage between the Parties;

- for an award of the costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against each Defendant and for Plaintiff;

- for a preliminary injunction against the Defendants' and their agents and affiliates from proceeding with any further attempts to accelerate the loan, collect on alleged past due payments or foreclose on the collateral; and

- for such other and further relief as may be just and proper.

Respectfully Submitted,

The Henry Firm, P.A.
300 Spring Bldg, Suite 1015
Little Rock, AR 72201
Phone: 501-374-0911
Fax:    501-374-0999

By: _____
Kristin M. Lausten (2011030)

 

*You may be able to make your payments more affordable.*
## Act now to get the help you need!

# saxon

October 28, 2009
ROSIE THOMAS

**Loan #: 2000135692**
**Property Address:**
**4315 HAYWOOD ST**
**NORTH LITTLE RO, AR 72117**

4315 HAYWOOD ST
NORTH LITTLE RO, AR 72117

Dear ROSIE THOMAS:

**You may qualify for a Home Affordable Modification Trial Period Plan - a way to make your payment more affordable.**

We have enclosed a customized Home Affordable Modification Trial Period Plan *("Trial Period Plan")*.   If you qualify under the federal government's Home Affordable Modification Program and comply with the terms of the Trial Period Plan, we will modify your mortgage loan and you can avoid foreclosure.

### STEP 1  PROVIDE THE INFO WE NEED TO HELP YOU

Detailed instructions on what you need to do to take advantage of this offer are set forth on the enclosed document entitled "Complete Your Checklist." Generally, you will need to:

- *Explain the financial hardship that makes it difficult for you to pay your mortgage loan using the Hardship Affidavit (enclosed).*

- *Submit the required documentation of your income.*

- *Make timely monthly trial period payments.*

The monthly trial period payments are based on the income information that you previously provided to us.  They are also our estimate of what your payment will be IF we are able to modify your loan under the terms of the program. If your income documentation does not support the income amount that you previously provided in our discussions, two scenarios can occur:

1) Your monthly payment under the Trial Period Plan may change
2) You may not qualify for this loan modification program

If you do not qualify for a loan modification, we will work with you to explore other options available to help you keep your home or ease your transition to a new home.

HOME AFFORDABLE MODIFICATION PROGRAM  - STANDARD   INCOME VERIFICATION  PROCESS  COVER  LETTER
Single  Family - Fannie Mae/Freddie Mac UNIFORM  INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

C1SL-309-02-8

D14113   (0905)
Page 1 of 5

Investor Loan # : 2000135692

# HOME AFFORDABLE MODIFICATION
# TRIAL PERIOD PLAN
## (Step One of Two-Step Documentation Process)

Trial Period Plan Effective Date:      December 1, 2009

Borrower ("I") [1]: ROSIE THOMAS

Lender ("Lender"):
Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE4

Date of first lien mortgage, deed of trust, or security deed ("Mortgage") and Note ("Note"): July 5, 2005
Loan Number: 3000010031
Property Address ("Property"):
4315 HAYWOOD ST
NORTH LITTLE RO, AR 72117

If I am in compliance with this Trial Period Plan (the "Plan") and my representations in Section 1 continue to be true in all material respects, then the Lender will provide me with a Home Affordable Modification Agreement ("Modification Agreement"), as set forth in Section 3, that would amend and supplement (1) the Mortgage on the Property, and (2) the Note secured by the Mortgage. The Mortgage and Note together, as they may previously have been amended, are referred to as the "Loan Documents." Capitalized terms used in this Plan and not defined have the meaning given to them in the Loan Documents.

If I have not already done so, I am providing confirmation of the reasons I cannot afford my mortgage payment and documents to permit verification of all of my income (except that I understand that I am not required to disclose any child support or alimony unless I wish to have such income considered) to determine whether I qualify for the offer described in this Plan (the "Offer"). I understand that after I sign and return two copies of this Plan to the Lender, the Lender will send me a signed copy of this Plan if I qualify for the Offer or will send me written notice that I do not qualify for the Offer. This Plan will not take effect unless and until both I and the Lender sign it and Lender provides me with a copy of this Plan with the Lender's signature.

1.    **My Representations.**   I certify, represent to Lender and agree:

   A.      I am unable to afford my mortgage payments for the reasons indicated in my Hardship Affidavit and as a result, (i) I am either in default or believe I will be in default under the Loan Documents in the near future, and (ii) I do not have sufficient income or access to sufficient liquid assets to make the monthly mortgage payments now or in the near future;

   B.      I live in the Property as my principal residence, and the Property has not been condemned;

---

[1] If there is more than one Borrower or Mortgagor executing this document, each is referred to as "I". For purposes of this document words signifying the singular (such as "I") shall include the plural (such as "we") and vice versa where appropriate.

HOME AFFORDABLE MODIFICATION   - TRIAL PERIOD PLAN
Single Family - Fannie Mae/Freddie Mac UNIFORM   INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 3156  3/09 (rev. 8/09)

D14103    (0908)
Page 1 of 5

C.  There has been no change in the ownership of the Property since I signed the Loan Documents;

D.  I am providing or already have provided documentation for all income that I receive (and I understand that I am not required to disclose any child support or alimony that I receive, unless I wish to have such income considered to qualify for the Offer);

E.  Under penalty of perjury, all documents and information I have provided to Lender pursuant to this Plan, including the documents and information regarding my eligibility for the program, are true and correct; and

F.  If Lender requires me to obtain credit counseling, I will do so.

G.  I was discharged in a Chapter 7 bankruptcy proceeding subsequent to the execution of the Loan Documents. Based on this representation, Lender agrees that I will not have personal liability on the debt pursuant to this Plan.

2.  **The Trial Period Plan.**  On or before each of the following due dates, I will pay the Lender the amount set forth below ("Trial Period Payment"), which includes payment for Escrow Items, including real estate taxes, insurance premiums and other fees, if any, of U.S. $459.98.

| Trial Period Payment # | Trial Period Payment | Due Date On or Before |
|---|---|---|
| 1* | $   459.98 | 12/01/2009 * |
| 2 | $   459.98 | 01/01/2010 |
| 3 | $   459.98 | 02/01/2010 |

The Trial Period Payment is an estimate of the payment that will be required under the modified loan terms, which may be finalized in accordance with Section 3 below. The actual payments under the modified loan terms, however, may be different.

**\*I understand that my first payment and this signed Trial Period Plan must be received by the Lender no later than December 1, 2009 or I may not be accepted into the Home Affordable Modification Program.**

I agree that during the period (the "Trial Period") commencing on the Trial Period Effective Date and ending on the earlier of: (i) the first day of the month following the month in which the last Trial Period Payment is due (the "Modification Effective Date") or (ii) termination of this Plan, I understand and acknowledge that:

A.  TIME IS OF THE ESSENCE under this Plan. This means I must make all payments on or before the days that they are due;

B.  Except as set forth in Section 2.C. below, the Lender will suspend any scheduled foreclosure sale, provided I continue to meet the obligations under this Plan, but any pending foreclosure action will not be dismissed and may be immediately resumed from the point at which it was suspended if this Plan terminates, and no new notice of default, notice of intent to accelerate, notice of acceleration, or similar notice will be necessary to continue the foreclosure action. All rights to such notices are hereby waived by me to the extent permitted by applicable law;

C.  If my property is located in Georgia, Hawaii, Missouri, or Virginia and a foreclosure sale is currently scheduled, the foreclosure sale will not be suspended and the Lender may foreclose if I have not made each and every Trial Period Payment that is due through the end of the month preceding the month in which the foreclosure sale is scheduled to occur. If a foreclosure sale occurs pursuant to this Section 2.C., this Plan shall be deemed terminated;

D.  The Lender will hold the payments received during the Trial Period in a non-interest bearing account until they total an amount that is enough to pay my oldest delinquent monthly payment on my loan in full. I understand the Lender will not pay me interest on the amounts held in the account. If there is any remaining money after such payment is applied, such remaining funds will be held by the Lender and not posted to my account until they total an amount that is enough to pay the next oldest delinquent monthly payment in full;

E.  When the Lender accepts and posts a payment during the Trial Period it will be without prejudice to, and will not be deemed a waiver of, the acceleration of the loan or foreclosure action and related activities and shall not constitute a cure of my default under the Loan Documents unless such payments are sufficient to completely cure my entire default under the Loan Documents;

HOME AFFORDABLE MODIFICATION - TRIAL PERIOD PLAN
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 3156  3/09 (rev. 8/09)

D14103    (0908)
Page 2 of 5

COMPLETE YOUR CHECKLIST

# Act Now!

**To accept this offer,** and see if you qualify for a Home Affordable Modification,  send the 5 items listed below to                                    Saxon Mortgage Services, Inc.                                  , no later than   December 1, 2009          . Use the return envelope  provided  for your convenience.

☐  1. Two copies of the enclosed Trial Period Plan signed by all borrowers,

☐  2. Your first month's trial period payment in the amount of $ 459.98

☐  3. The enclosed Hardship Affidavit completed and signed by all borrowers (no notary required),

☐  4. A signed and dated copy of the IRS Form 4506-T (Request for Transcript of Tax Return) for each borrower (borrowers who filed their tax returns jointly may send in one IRS Form 4506-T signed and dated by both of the joint filers), and

☐  5. Documentation to verify all of the income of each borrower (including  any alimony or child support that you choose to rely upon to qualify).  This documentation should include:

**For each borrower  who is a salaried  employee:**
☐  Copy of the most recent filed federal tax return with all schedules;  and
☐  Copy of the two most recent pay stubs.

**For each borrower  who is self-employed:**
☐  Copy of the most recent filed federal tax return with all schedules,  and
☐  Copy of the most recent quarterly or year-to-date profit/loss statement.

**For each borrower  who has income such as social security,  disability  or death benefits,  pension, public assistance, or unemployment:**
☐  Copy of most recent federal tax return with all schedules and W-2 or copies of two most recent bank statements.
☑  Copy of benefits statement or letter from the provider that states the amount, frequency  and duration of the benefit. Social security,  disability,  death or pension benefits must continue for at least 3 years to be considered  qualifying  income under this program.  Public assistance  or unemployment benefits must continue  for at least 9 months to be considered qualifying  income under this program.

**For each borrower  who is relying  on alimony  or child support  as qualifying  income:**
☐  Copy of divorce decree, separation agreement or other written  agreement or decree that states the amount of the alimony or child support and period of time over which it will be received.  Payments must continue for at least 3 years to be considered qualifying  income under this program.
☐  Proof of full, regular and timely payments; for example deposit slips, bank statements, court verification  or filed federal tax return with all schedules.

**For each borrower  who has rental  income:**
☐  Copies of most recent two years filed federal tax returns with all schedules, including Schedule E-Supplement Income and Loss. Rental income for qualifying  purposes will be 75% of the gross rent.

If you have other types of income, cannot locate required documents,  or have questions about the documentation required, please contact us at 1- (888)325-3502

**You must send in both signed  copies  of the Trial Period Plan, all required income documentation,  and your first trial period payment by this date     December 1, 2009          . If you cannot provide the documentation  within the time frame provided,  please contact us to request an extension  of time to gather  your documents.**

Keep a copy of all documents  for your records.  Don't send original income documentation as copies are acceptable.

**Your remaining  trial period payments  in the amount of $ 459.98        per month will be due on or before January 1, 2010 and February 1, 2010 $ 459.98                        . These payments should be sent instead of, not in addition to, your normal monthly mortgage  payment.**  If the trial period payments are made in amounts different from the amount stated your loan may not be modified.

If you cannot afford the trial period payments shown above, but want to remain in your home, or if you want to leave your home and avoid foreclosure, please call us at 1- (888)325-3502                        . We may be able to help you.

HOME AFFORDABLE  MODIFICATION  PROGRAM  - STANDARD  INCOME VERIFICATION  PROCESS  COVER LETTER
Single  Family - Fannie Mae/Freddie  Mac UNIFORM  INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

C1SL-309-02-8

D14113   (0905)
Page 3 of 5

F.   If prior to the Modification Effective Date, (i) the Lender does not provide me a fully executed copy of this Plan and the Modification Agreement; (ii) I have not made the Trial Period payments required under Section 2 of this Plan; (iii) the Lender determines that any of my representations in Section 1 were not true and correct as of the date I signed this Plan or are no longer true and correct at any time during the Trial Period; or (iv) I do not provide all information and documentation required by Lender, the Loan Documents will not be modified and this Plan will terminate. In this event, the Lender will have all of the rights and remedies provided by the Loan Documents, and any payment I make under this Plan shall be applied to amounts I owe under the Loan Documents and shall not be refunded to me; and

G.   I understand that this Plan is not a modification of the Loan Documents and that the Loan Documents will not be modified unless and until (i) I meet all of the conditions required for modification, (ii) I receive a fully executed copy of a Modification Agreement, and (iii) the Modification Effective Date has passed. I further understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents if the Lender determines that I do not qualify or if I fail to meet any one of the requirements under this Plan. If, under the Lender's procedures, a title endorsement(s) and/or subordination agreement(s) are required to ensure that the modified Loan Documents retain first lien position and are fully enforceable, I understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents or to execute the Modification Agreement if the Lender has not received an acceptable title endorsement(s) and/or subordination agreement(s) from other lien holders, as Lender determines necessary.

3.   **The Modification.**   I understand that once Lender is able to determine the final amounts of unpaid interest and any other delinquent amounts (except late charges) to be added to my loan balance and after deducting from my loan balance any remaining money held at the end of the Trial Period under Section 2.D. above, the Lender will determine the new payment amount. If (1) my representations in Section 1 were and continue to be true in all material respects; (2) I comply with the requirements in Section 2; (3) I provide the Lender with all required information and documentation; and (4) the Lender determines that I qualify, the Lender will send me a Modification Agreement for my signature which will modify my Loan Documents as necessary to reflect this new payment amount and waive any unpaid late charges accrued to date. The Modification Agreement will provide that, as of the Modification Effective Date, a buyer or transferee of the Property will not be permitted, under any circumstance, to assume the loan unless permitted by applicable State or Federal law, rules or regulations. This Plan shall terminate the day before the Modification Effective Date and the Loan Documents, as modified by a fully executed Modification Agreement, shall govern the terms between the Lender and me for the remaining term of the loan. Provided I make timely payments during the Trial Period and both the Lender and I execute the Modification Agreement, I understand that my first modified payment will be due on the Modification Effective Date (i.e., on the first day of the month following the month in which the last Trial Period Payment is due).

4.   **Additional Agreements.**   I agree to the following:

A.   That all persons who signed the Loan Documents or their authorized representative(s) have signed this Plan, unless (i) a borrower or co-borrower is deceased; (ii) the borrower and co-borrower are divorced and the property has been transferred to one spouse in the divorce decree, the spouse who no longer has an interest in the property need not sign this Plan (although the non-signing spouse may continue to be held liable for the obligation under the Loan Documents); or (iii) the Lender has waived this requirement in writing.

B.   To comply, except to the extent that they are modified by this Plan, with all covenants, agreements, and requirements of the Loan Documents, including my agreement to make all payments of taxes, insurance premiums, assessments, Escrow Items, impounds, and all other payments, the amount of which may change periodically over the term of my loan.

C.   Intentionally Deleted.

D.   That all terms and provisions of the Loan Documents remain in full force and effect; nothing in this Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the Loan Documents.

E.   That I will execute such other and further documents as may be reasonably necessary to either (i) consummate the terms and conditions of this Plan; or (ii) correct the terms and conditions of this Plan if an error is discovered.

HOME  AFFORDABLE  MODIFICATION  - TRIAL PERIOD PLAN
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services © 2009

Form 3156  3/09 (rev. 8/09)

D14103    (0908)
Page 3 of 5

F.  That Lender will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of this Trial Period Plan and the Modification Agreement by Lender to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Home Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services for the Home Affordable Modification Program and the Second Lien Modification Program; and (e) any HUD certified housing counselor.

G.  That, as of the Trial Period Plan Effective Date, I understand that the Lender will only allow the transfer and assumption of this Trial Period Plan to a transferee of my property in the case of my death, divorce or marriage to the same extent as permitted under the Garn St. Germain Act, 12 U.S.C. Section 1701j-3. This Plan may not, under any other circumstances, be assigned to, or assumed by, a buyer or transferee of the Property.

H.  Notwithstanding anything herein to the contrary, if my final two Trial Period Payments are received by Servicer after the close of business on the 15th calendar day of the last month of the Trial Period but before the end of the Trial Period, I agree that the Trial Period shall be extended by one calendar month (the "Additional Trial Period"). I agree to abide by all terms and provisions of this Plan during the Additional Trial Period. In addition, I agree to make a Trial Period Payment in the amount of $41.06 no more than 30 days after the last due date listed in the chart in Section 2 above.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.
SIGNATURE PAGE FOLLOWS.**

HOME AFFORDABLE MODIFICATION   - TRIAL PERIOD PLAN
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services © 2009

Form 3156 3/09 (rev. 8/09)
D14103      (0908)
Page 4 of 5

In Witness Whereof, the Lender and I have executed this Plan.

*Rosie Thomas*                                               (Seal)        11-3-09
ROSIE THOMAS                                                 -Borrower                    Date


*Louis Thomas*                                               (Seal)        11-3-09
                                                             -Borrower                    Date


_____                    (Seal)        _____
                                                             -Borrower                    Date


_____                    (Seal)        _____
                                                             -Borrower                    Date


Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE4,        (Seal)
by Saxon Mortgage Services, Inc., as its attorney-in-fact                                            -Lender


By: _____                (Seal)        _____
                                                                                          Date


HOME  AFFORDABLE   MODIFICATION   - TRIAL  PERIOD  PLAN
Single  Family - Fannie Mae/Freddie Mac UNIFORM   INSTRUMENT
VMP  ®
Wolters Kluwer Financial Services ©2009

Form 3156  3/09 (rev. 8/09)
D14103   (0908)
Page 5 of 5

Loan Number: 2000135692

| Form **4506-T** (Rev. January 2008) Department of the Treasury Internal Revenue Service | **Request for Transcript of Tax Return** ▶ Do not sign this form unless all applicable lines have been completed. Read the instructions on page 2. ▶ Request may be rejected if the form is incomplete, illegible, or any required line was blank at the time of signature. | OMB No. 1545-1872 |
|---|---|---|

Tip: Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can also call 1-800-829-1040 to order a transcript. If you need a copy of your return, use **Form 4506**, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| **1a** Name shown on tax return. If a joint return, enter the name shown first. ROSIE THOMAS | **1b** First social security number on tax return or employer identification number (see instructions) ▓▓▓▓▓▓ |
|---|---|
| **2a** If a joint return, enter spouse's name shown on tax return | **2b** Second social security number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code
4315 HAYWOOD ST
NORTH LITTLE RO, AR 72117

**4** Previous address shown on the last return filed if different from line 3

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.
DIGITAL RISK, LLC
TWO GALLERIA TOWER, 13455 NOEL RD., 16TH FLOOR; DALLAS, TX 75240
(888) 500-7475

Caution: **DO NOT SIGN** this form if a third party requires you to complete Form 4506-T, and lines 6 and 9 are blank.

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ 1040

| | |
|---|---|
| **a** **Return Transcript**, which includes most of the line items of a tax return as filed with the IRS. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days ........................ | [X] |
| **b** **Account Transcript**, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 30 calendar days ................. | [ ] |
| **c** **Record of Account**, which is a combination of line item information and later adjustments to the account. Available for current year and 3 prior tax years. Most requests will be processed within 30 calendar days .......................................................................... | [ ] |

**7** **Verification of Nonfiling**, which is proof from the IRS that you **did not** file a return for the year. Most requests will be processed within 10 business days ...................................................................................................... [ ]

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2006, filed in 2007, will not be available from the IRS until 2008. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 45 days ...................................... [X]

Caution: *If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.*

**9** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.
12/31/2008

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer.

| **Sign Here** | ▶ *Rosie Thomas* Signature (see instructions)      Date 11-3-09 | Telephone number of taxpayer on line 1a or 2a ▓▓▓▓▓ |
|---|---|---|
| | ▶ Title (if line 1a above is a corporation, partnership, estate, or trust) | |
| | ▶ Spouse's signature      Date | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.      Cat. No. 37667N      Form **4506-T** (Rev. 1-2008)

Request for Transcript of Tax Return
VMP ® Banker Systems ™
Wolters Kluwer Financial Services
DDS-45T
VMP904ST   (0901)00
Page 1 of 2



# MAKING HOME AFFORDABLE



## NOTICE TO BORROWERS

Be advised that you are signing the following documents under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution.

By signing the enclosed documents you certify, represent and agree that:

"Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the program, are true and correct."

## SIGTARP Hotline

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by:

| | |
|---|---|
| Online Form: | www.SIGTARP.gov |
| Phone: | 877-SIG-2009 (toll-free) |
| Fax: | 202-622-4559 |
| Mail to: | Hotline |
| | Office of the Special Inspector General |
| | For The Troubled Asset Relief Program |
| | 1500 Pennsylvania Ave., NW, Suite 1064 |
| | Washington, D.C. 20220 |

For all other inquiries related to your mortgage, please contact your Lender.

SIGTARP FRAUD NOTICE
VMP ®
Wolters Kluwer Financial Services ©2009

D14104 (0903)

Form 4506-T (Rev. 1-2008)    Loan Number: 2000135692                                    Page **2**

## General Instructions

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate a third party to receive the information. See line 5.

**Tip:** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different service centers, mail your request to the service center based on the address of your most recent return.

**Note:** You can also call 1-800-829-1040 to request a transcript or get more information.

## Chart for individual transcripts (Form 1040 series and Form W-2)

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New York, Vermont | RAIVS Team Stop 679 Andover, MA 05501  978-247-9255 |
| Alabama, Delaware, Florida, Georgia, North Carolina, Rhode Island, South Carolina, Virginia | RAIVS Team P.O. Box 47-421 Stop 91 Doraville, GA 30362 770-455-2335 |
| Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301  512-460-2272 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Iowa, Kansas, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888   559-456-5876 |
| Arkansas, Connecticut, Illinois, Indiana, Michigan, Missouri, New Jersey, Ohio, Pennsylvania, West Virginia | RAIVS Team Stop 6705-B41 Kansas City, MO 64999  816-292-6102 |

## Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming, or a foreign country, or A.P.O. or F.P.O. address | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409    801-620-6922 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250   859-669-3592 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 60 days of the date signed by the taxpayer or it will be rejected.

**Individuals.** Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

**Partnerships.** Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

**All others.** See Internal Revenue Code section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 12 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave NW, IR-6406, Washington, DC 20224. Do not send the form to this address. Instead, see Where to file on this page.

Request for Transcript of Tax Return
VMP ® Banker Systems ™
Wolters Kluwer Financial Services
DDS-45T

VMP9045T  (0901).00
Page 2 of 2

**STEP 2**  **LET US KNOW THAT YOU ACCEPT THIS OFFER**

Please let us know no later than        December 1, 2009        that you accept the Trial Period Plan. Now is the time to act. We are ready to help you. Please take the steps outlined on the enclosed document "Complete Your Checklist."  If you have any questions, please contact us at 1- (888)325-3502          .

Sincerely,

Saxon Mortgage Services, Inc.
4708 Mercantile Dr
Ft. Worth, TX 76137

The *Making Home Affordable* program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we – your mortgage servicer – and the Federal Government are working to offer you options to help you stay in your home.

Attachments:

- Complete Your Checklist
- Important Program Info
- Frequently Asked Questions
- Two copies of the Trial Period Plan
- Hardship Affidavit
- IRS Form 4506-T

HOME  AFFORDABLE  MODIFICATION  PROGRAM  - STANDARD   INCOME  VERIFICATION  PROCESS  COVER  LETTER
Single  Family - Fannie Mae/Freddie  Mac UNIFORM  INSTRUMENT
VMP ®
Wolters  Kluwer Financial  Services ©2009

C1SL-309-02-8

D14113     (0905)
Page 2 of 5

**IMPORTANT PROGRAM INFO**

**NO FEES.**   There are no fees under the Home Affordable Modification program.

**TRIAL PERIOD PLAN/MODIFICATION   AGREEMENT.**   The Trial Period Plan is the first step.  Once we are able to confirm your income and eligibility for the program, we will finalize your modified loan terms and send you a loan modification agreement ("Modification Agreement"), which will reflect the terms of your modified loan. In addition to successfully   completing   the trial period, you will need to sign and promptly return to us both copies of the Modification Agreement or your loan can not be modified.

**NEW PRINCIPAL   BALANCE.**   Past due amounts as of the end of the trial period, including unpaid interest, real estate taxes, insurance premiums and certain assessments paid on your behalf to a third party, will be added to your mortgage loan balance (the "Past Due Arrearage Amount").  **If you fulfill the terms of the trial period including, but not limited to, making the trial period payments, we will waive ALL unpaid late charges at the end of the trial period.**

**ESTIMATED   MONTHLY   PAYMENT.**   At this time, we are not able to calculate precisely the Past Due Arrearage Amount or the amount of the modified loan payment that will be due after successful  completion of the trial period.  However, based on information we currently have, your trial period payment should be close to your modified loan payment.  As we near the end of the trial period, we will calculate any past due amount to determine your new permanent monthly payment and other modified loan terms.

**ESCROW   ACCOUNT.**   The terms of your Trial Period Plan and your Modification Agreement will require the servicer to set aside a portion of your new monthly payment in an escrow account for payment of your property taxes, insurance premiums and other required fees.  Your current loan may also require escrows.  If it does not, the previous waiver of escrows is cancelled under your Trial Period Plan.

Saxon Mortgage Services, Inc. will draw on this account to pay your real estate taxes and insurance premiums as they come due. Please note that your escrow payment amount will adjust if your taxes, insurance premiums and/or assessment amounts change, so the amount of your monthly payment that the servicer must place in escrow will also adjust as permitted by law. This means that your monthly payment may change. Your initial monthly escrow payment will be $41.06.

**BORROWER   INCENTIVE.**   If your monthly mortgage payment (principal, interest, property taxes, hazard insurance, flood insurance, condominium association fees and homeowner's association fees, as applicable, but excluding mortgage insurance) is reduced through the Home Affordable Modification Program by six percent or more and if you make your monthly mortgage payments on time, you will accrue a monthly benefit equal to the lesser of: (i) $83.33 or (ii) one-half of the reduction in your monthly mortgage payment.  As long as your mortgage loan does not become 90 days delinquent, we will apply your accrued monthly benefit to your mortgage loan and reduce your principal balance after each of the first through fifth anniversaries of the month in which the Trial Period Plan is executed.  If your modified mortgage loan ever becomes 90 days delinquent, you will lose all accrued but unapplied principal reduction benefits and will no longer be eligible to accrue additional principal reduction benefits even if the mortgage loan is later brought current.

**CREDIT   COUNSELING.**   If you have very high levels of debt you will be required to obtain credit counseling  under the Home Affordable Modification program.

**CREDIT   REPORTING.**   During the trial period, we will report your loan as delinquent to the credit reporting agencies even if you make your trial period payments on time.  However, after your loan is modified, we will only report the loan as delinquent if the modified payment is not received in a timely manner.

HOME  AFFORDABLE  MODIFICATION  PROGRAM  - STANDARD  INCOME  VERIFICATION  PROCESS  COVER  LETTER
Single  Family - Fannie Mae/Freddie  Mac UNIFORM  INSTRUMENT
VMP ®
Wolters  Kluwer Financial  Services ©2009

C1SL-309-02-8

D14113   (0905)
Page 4 of 5

## FREQUENTLY ASKED QUESTIONS

**Q. How long will it take to process my modification request and determine if I qualify for the program?**

It may take up to     30     days for us to receive and review your documents. We will process your modification request as quickly as possible. Please note, however, that your modification will not be effective unless you meet all of the applicable conditions, including making all trial period payments.

**Q. What if my trial period payment is less than the payment I currently owe on my loan?**

We will add the difference between the monthly payment that you currently owe on your loan and the trial period payment to your loan balance and allow you to pay it over the remainder of the modified loan term.

**Q. What do you do with my first trial period payment if I do not qualify for the program?**

Your first trial payment will be applied to your existing loan in accordance with the terms of your loan documents. If you don't qualify for the program, we will help you evaluate other options to help you keep your home or ease your transition to a new home.

**Q. Will a foreclosure occur if I participate in the Home Affordable Modification program?**

As long as you comply with the terms of the Trial Period Plan, we will not start foreclosure proceedings or conduct a foreclosure sale if foreclosure proceedings have started. If you fail to comply with the terms of the Trial Period Plan and do not make other arrangements, your loan will be enforced according to its original terms, which could include foreclosure.

**Q. What happens to my trial period payments if I do not comply with the terms of the Trial Period Plan?**

Your trial period payments will be applied to your existing loan according to the terms of your loan documents.

**Q. If I get a Home Affordable Modification, can my modified loan terms ever revert to the original loan terms?**

No. This is one of the advantages of the Home Affordable Modification program. Once your loan is modified, the new terms stay in place for the remainder of your loan.

**Q. Do all borrowers have to sign the Trial Period Plan and other documents?**

Unless a borrower or co-borrower is deceased, all borrowers who signed the original loan documents or their duly authorized representative(s) must sign the Trial Period Plan, the Modification Agreement and all other required modification documents. Contact your servicer if it would be difficult or impossible for you to comply with this requirement.

**Q. Could my trial period payment be more than my current payment?**

Yes. For example, if your current payment does not include an escrow payment and you are now required to make monthly escrow payments, your trial period payment could be higher than your current payment. Note, however, that the increase in your payment under these circumstances would be offset by other tax and insurance bills you would no longer have to pay directly as we will pay those for you out of your escrow account.

HOME AFFORDABLE MODIFICATION PROGRAM - STANDARD INCOME VERIFICATION PROCESS COVER LETTER
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

C1SL-309-02-8

D14113     (0905)
Page 5 of 5

# Home Affordable Modification Program Hardship Affidavit

Borrower Name:   ROSIE THOMAS                          Date of Birth: ▓▓▓▓▓

Co-Borrower Name: *Louis Thomas*                       Date of Birth: ▓▓▓▓▓

Property Street Address: 4315 HAYWOOD ST

Property City, ST, Zip: NORTH LITTLE RO, A ₹72117

Servicer: Saxon Mortgage Services, Inc.

Loan Number: 2000135692

In order to qualify for _____ Saxon Mortgage Services, Inc. 's _____ ("Servicer") offer to enter into an agreement to modify my loan under the federal government's Home Affordable Modification Program (the "Agreement"), I/we am/are submitting this form to the Servicer and indicating by my/our checkmarks ("✓") the one or more events that contribute to my/our difficulty making payments on my/our mortgage loan.

| Borrower | | Co-Borrower | | |
|---|---|---|---|---|
| Yes | No | Yes | No | |
| ☑ | ☐ | ☐ | ☑ | My income has been reduced or lost. For example: unemployment, underemployment, reduced job hours, reduced pay, or a decline in self-employed business earnings. I have provided details below under "Explanation." *Lost of job draw disability 3 dont get half what I use to make* |
| ☑ | ☐ | ☑ | ☐ | My household financial circumstances have changed. For example: death in family, serious or chronic illness, permanent or short-term disability, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members). I have provided details below under "Explanation." *I no work anymore receive disability 3 my husband check has be cut down* |
| ☑ | ☐ | ☑ | ☐ | My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical and health-care costs, uninsured losses (such as those due to fires or natural disasters), unexpectedly high utility bills, increased real property taxes. I have provided details below under "Explanation." *Light 3 gas bill was just about half of what we receive and also have to pay foour meccicine.* |
| ☑ | ☐ | ☑ | ☐ | My cash reserves are insufficient to maintain the payment on my mortgage loan and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments). I have provided details below under "Explanation." *Both of us have nothing left in saving* |
| ☐ | ☐ | ☐ | ☑ | My monthly debt payments are excessive, and I am overextended with my creditors. I may have used credit cards, home equity loans or other credit to make my monthly mortgage payments. I have provided details below under "Explanation." |
| ☐ | ☑ | ☐ | ☑ | There are other reasons I/we cannot make our mortgage payments. I have provided details below under "Explanation." |

HOME AFFORDABLE MODIFICATION PROGRAM - HARDSHIP AFFIDAVIT

VMP ®
Wolters Kluwer Financial Services ©2009

Fannie Mae Form 1021 06/09
Treasury Form Hardship Affidavit 08/09
D14102 (0908)
Page 1 of 5

## Information for Government Monitoring Purposes

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| **Ethnicity:** | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | **Ethnicity:** | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| **Race:** | ☐ American Indian or Alaska Native<br>☐ Asian<br>☑ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | **Race:** | ☐ American Indian or Native American<br>☐ Asian<br>☑ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| **Sex:** | ☑ Female<br>☐ Male | **Sex:** | ☐ Female<br>☑ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name/Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | | |
| ☐ Face-to-face interview | Interviewer's Signature          Date | |
| ☐ Mail | | |
| ☐ Telephone | Interviewer's Phone Number (include area code) | |
| ☐ Internet | | |

## Borrower/Co-Borrower Acknowledgement and Agreement

1.  Under penalty of perjury, I/we certify that all of the information in this affidavit is truthful and the event(s) identified above has/have contributed to my/our need to modify the terms of my/our mortgage loan.

2.  I/we understand and acknowledge the Servicer may investigate the accuracy of my/our statements, may require me/us to provide supporting documentation, and that knowingly submitting false information may violate Federal law.

3.  I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4.  I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this Hardship Affidavit, or if I/we do not provide all of the required documentation, the Servicer may cancel the Agreement and may pursue foreclosure on my/our home.

5.  I/we certify that my/our property is owner-occupied and I/we have not received a condemnation notice.

6.  I/we certify that I/we am/are willing to commit to credit counseling if it is determined that my/our financial hardship is related to excessive debt.

7.  I/we certify that I/we am/are willing to provide all requested documents and to respond to all Servicer communication in a timely manner. I/we understand that time is of the essence.

Rosie Thomas   11-3-09              Louis Thomas  11-3-09

HOME AFFORDABLE MODIFICATION PROGRAM - HARDSHIP AFFIDAV

VMP ®
Wolters Kluwer Financial Services ©2009

Fannie Mae Form 1021 08/09
Treasury Form Hardship Affidavit 08/09
D14102 (0908)
Page 2 of 5

8. I/we understand that the Servicer will use this information to evaluate my/our eligibility for a loan modification or other workout, but the Servicer is not obligated to offer me/us assistance based solely on the representations in this affidavit.

9. I/we accept and agree to all terms of the Home Affordable Modification Trial Period ("Trial Period") Plan which is incorporated herein by reference as if set forth in full.

10. I/we agree that when the Servicer accepts and posts a payment during the Trial Period it will be without prejudice to, and will not be deemed a waiver of, the acceleration of my loan or foreclosure action and related activities and shall not constitute a cure of my default under my loan unless such payments are sufficient to completely cure my entire default under my loan.

11. I/we agree that any prior waiver as to payment of escrow items in connection with my loan has been revoked.

12. I/we agree to the establishment of an escrow account and the payment of escrow items if an escrow account never existed on my loan.

13. I/we understand that Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of the Trial Period Plan and Modification Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services for the Home Affordable Modification Program and the Second Lien Modification Program; and (e) any HUD certified housing counselor.

| Rosa Thomas | 11.3.09 | Louis Thomas | 11-3-09 |
|---|---|---|---|
| Borrower Signature | Date | Co-Borrower Signature | Date |

E-mail Address: none     E-mail Address: none

Cell Phone # none     Cell Phone # none

Home Phone # ▮▮▮▮     Home Phone # ▮▮▮▮

Work Phone # none     Work Phone # none

Social Security # ▮▮▮▮     Social Security # ▮▮▮▮

HOME AFFORDABLE  MODIFICATION  PROGRAM  - HARDSHIP  AFFIDAVIT

VMP ®
Wolters Kluwer Financial Services ©2009

Fannie Mae Form 1021  08/09
Treasury Form Hardship Affidavit  08/09
D14102  (0908)
Page 3 of 5

Explanation:

I have suffer finanical hardship fer
several years now. Nothing has been the
same since I had that first TIA. Then a
major stroke on my job. took a leave of
absence 3 sick pay but that ran out.
Dr. eventually told me I wouldn't
ever be able to work again. I drew
social security disability monthly and
not half what I'm using bringing in.
There been alot of changes in budget
just trying to pay the basic utility bills
is back to old. I'm paying for my
medicine 3 husband, Also his check
has been cut down.

Sincerly
Rosie M Thomas
11-3-09

HOME AFFORDABLE MODIFICATION PROGRAM - HARDSHIP AFFIDAVIT

VMP ®
Wolters Kluwer Financial Services ©2009

Fannie Mae Form 1021  08/09
Treasury Form Hardship Affidavit  08/09
D14102  (0908)
Page 4 of 5

Explanation (Continued):

We are disabled me and husband
  do not file taxes fues that reasons.
Will not a show none anything on file or
  record. Sending a copy of both income

Thank You
Rosie Thomas
11-3-09

2000135692

HOME AFFORDABLE MODIFICATION PROGRAM - HARDSHIP AFFIDAVIT

VMP ®
Wolters Kluwer Financial Services © 2009

Fannie Mae Form 1021  08/09
Treasury Form Hardship Affidavit  08/09
D14102 (0908)
Page 5 of 5

 

*You may be able to make your payments more affordable.*
## Act now to get the help you need!

# SAXON

February 18, 2010

ROSIE THOMAS
4315 HAYWOOD  ST
NORTH LITTLE RO, AR  72117

**Loan #: 2000135692**
**Property Address:**
**4315 HAYWOOD ST**
**NORTH LITTLE RO, AR 72117**

Dear  ROSIE THOMAS:

**Congratulations!**  You are eligible for a Home Affordable Modification.  As previously described, if you comply with the terms of the Home Affordable Modification Trial Period Plan, we will modify your mortgage loan and waive all prior late charges that remain unpaid.

The enclosed Home Affordable Modification Agreement ("Modification Agreement") reflects the proposed terms of your modified mortgage.

**How to Accept This Offer:**

**STEP 1**  **COMPLETE AND RETURN THE ENCLOSED AGREEMENT BY THE DUE DATE**

To accept this offer, you must sign and return both copies of the Modification Agreement to us in the enclosed, pre-paid envelope by          March 18, 2010          . If the Modification Agreement has notary provisions at the end, you must sign both copies before a notary public and return the notarized copies to us. We encourage you to make a copy of all documents for your records.  If you do not send both signed copies of the Modification Agreement by the above date, you must contact us if you still wish to be considered for this program and have your loan modified.

---

HOME  AFFORDABLE   MODIFICATION   PROGRAM   - LOAN  MODIFICATION   COVER  LETTER

VMP ®
Wolters Kluwer Financial Services ©2009

Treasury Form MCL-309-09-08

D14117   (0905)
Page 1 of 3

**STEP 2** **CONTINUE TO MAKE YOUR TRIAL PERIOD PAYMENTS ON TIME**

Be certain to make any remaining trial period payments on or before the dates they are due. If the trial period payments are made after their due dates or in amounts different from the amount required, your loan may not be modified.

To better understand the proposed terms of your modified mortgage, please read the attached summary of your modified mortgage and the Modification Agreement.

We look forward to hearing from you no later than          March 18, 2010          .

Sincerely,


Saxon Mortgage Services, Inc.
4708 Mercantile Dr
Ft. Worth, TX 76137



The *Making Home Affordable* program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we – your mortgage servicer – and the Federal Government are working to offer you options to help you stay in your home.

Attachments:

- Summary of Your Modified Mortgage
- Two copies of the Modification Agreement

HOME AFFORDABLE  MODIFICATION  PROGRAM  - LOAN MODIFICATION   COVER LETTER
VMP ®
Wolters Kluwer Financial Services  ©2009

Treasury Form MCL-309-09-08
D14117   (0905)
Page 2 of 3

**SUMMARY**

**NEW PRINCIPAL BALANCE.**   Any past due amounts as of the end of the trial period, including unpaid interest, real estate taxes, insurance premiums, and certain assessments paid on your behalf to a third party, will be added to your mortgage loan balance.  **If you fulfill the terms of the trial period including, but not limited to, making any remaining trial period payments, we will waive ALL late charges that have accrued and remain unpaid at the end of the trial period.**

**INTEREST RATE.**   The interest rate on your modified loan will be adjusted as noted in the attached Modification Agreement in Section 3.C.

**ESCROW ACCOUNT.**   The terms of your Modification Agreement require the servicer to set aside a portion of your new monthly payment in an escrow account for payment of your property taxes, insurance premiums and other required fees. Any prior waiver of escrows by your lender is no longer in effect. Saxon Mortgage Services, Inc. will draw on this account to pay your real estate taxes and insurance premiums as they come due. Please note that your escrow payment amount will adjust if your taxes, insurance premiums and/or assessment amounts change, so the amount of your monthly payment that Saxon Mortgage Services, Inc. must place in escrow will also adjust as permitted by law. This means that your monthly payment may change. Your initial monthly escrow payment will be $124.29.  This amount is included in the loan payment noted in Section 3.C. of the enclosed Modification Agreement; you do not need to remit this amount separately.

**ESCROW SHORTAGE.**   Due to the timing of your tax and insurance payments, we have determined that there is a shortage of funds in your escrow account in the amount of $972.76.  You may pay this amount over a 5-year (60 months) period. This monthly payment has already been included in the monthly escrow payment stated above. **If you wish to pay the total shortage now in a lump sum, please contact us. Paying this amount now in a lump sum will reduce your new monthly mortgage payment.**

**PAYMENT SCHEDULE.**   The enclosed Modification Agreement includes a payment schedule in Section 3.C. showing your payment plan for the life of your modified loan after the trial period.

**FEES.**   There are no fees or other charges for this modification.

**REPRESENTATIONS.**    Please read the enclosed Modification Agreement carefully and make sure that you understand it and that the statements set forth in the "My Representations" section are true and accurate.  If you have any questions, please contact us at 1-(888) 325-3502.

**BORROWER INCENTIVE.**   If you make your monthly mortgage payments on time, you will accrue a monthly benefit equal to $68.30. As long as your mortgage loan does not become 90 days delinquent, we will apply your accrued monthly benefit to your mortgage loan and reduce your principal balance after each of the first through fifth anniversaries of the month in which the Trial Period Plan is executed. If your modified mortgage loan ever becomes 90 days delinquent, you will lose all accrued but unapplied principal reduction benefits and will no longer be eligible to accrue additional principal reduction benefits even if the mortgage loan is later brought current.

HOME AFFORDABLE MODIFICATION PROGRAM - LOAN MODIFICATION COVER LETTER

VMP ®
Wolters Kluwer Financial Services ©2009

Treasury Form MCL-309-09-08

D14117   (0905)
Page 3 of 3

Return To:
Saxon Mortgage Services, Inc.
4708 Mercantile Dr
Ft. Worth, TX 76137

Prepared By:
Saxon Mortgage Services, Inc.
4708 Mercantile Dr
Ft. Worth, TX 76137

Investor Loan # 2000135692

————————————— [Space Above This Line For Recording Data] —————————————

## HOME AFFORDABLE  MODIFICATION  AGREEMENT
## (Step Two of Two-Step  Documentation  Process)

Borrower ("I"): [1]
ROSIE  THOMAS,

Lender or Servicer ("Lender"):
Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE4

---

[1]    If more than one Borrower or Mortgagor is executing  this document, each is referred to as "I." For
purposes of this document words signifying  the singular (such as "I") shall include the plural (such as "we")
and vice versa where appropriate.

Date of first lien mortgage, deed of trust, or security deed ("Mortgage") and Note ("Note"): July 5, 2005

Loan Number: 3000010031

MIN: 100316630000100314

Property Address [and Legal Description if recordation is necessary] ("Property"):
4315 HAYWOOD ST
NORTH LITTLE RO, AR 72117
LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF, AS EXHIBIT 'A'

If my representations in Section 1 continue to be true in all material respects, then this Home Affordable Modification Agreement ("Agreement") will, as set forth in Section 3, amend and supplement (1) the Mortgage on the Property, and (2) the Note secured by the Mortgage. The Mortgage and Note together, as they may previously have been amended, are referred to as the "Loan Documents." Capitalized terms used in this Agreement and not defined have the meaning given to them in Loan Documents.

I understand that after I sign and return two copies of this Agreement to the Lender, the Lender will send me a signed copy of this Agreement. This Agreement will not take effect unless the preconditions set forth in Section 2 have been satisfied.

1.  **My Representations.**   I certify, represent to Lender and agree:

    A.  I am experiencing a financial hardship, and as a result, (i) I am in default under the Loan Documents, and (ii) I do not have sufficient income or access to sufficient liquid assets to make the monthly mortgage payments now or in the near future;

    B.  I live in the Property as my principal residence, and the Property has not been condemned;

    C.  There has been no change in the ownership of the Property since I signed the Loan Documents;

    D.  I have provided documentation for **all** income that I receive (and I understand that I am not required to disclose child support or alimony unless I chose to rely on such income when requesting to qualify for the Home Affordable Modification program ("Program"));

    E.  Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the Program, are true and correct;

    F.  If Lender requires me to obtain credit counseling in connection with the Program, I will do so; and

**MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT with MERS** - Single Family - **Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**
VMP ®
Wolters Kluwer Financial Services ©2009

Form 3157 3/09 (rev. 8/09)

D14200 (0909)
Page 2 of 10

G.  I have made or will make all payments required under a Trial Period Plan or Loan Workout Plan.

H.  I was discharged in a Chapter 7 bankruptcy proceeding subsequent to the execution of the Loan Documents.  Based on this representation, Lender agrees that I will not have personal liability on the debt pursuant to this Agreement.

2.  **Acknowledgements and Preconditions to Modification.**   I understand and acknowledge that:

A.  If prior to the Modification Effective Date as set forth in Section 3 the Lender determines that any of my representations in Section 1 are no longer true and correct, the Loan Documents will not be modified and this Agreement will terminate. In that event, the Lender will have all of the rights and remedies provided by the Loan Documents; and

B.  I understand that the Loan Documents will not be modified unless and until (i) I receive from the Lender a copy of this Agreement signed by the Lender, and (ii) the Modification Effective Date (as defined in Section 3) has occurred.  I further understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents if I fail to meet any one of the requirements under this Agreement.

3.  **The Modification.**   If my representations in Section 1 continue to be true in all material respects and all preconditions to the modification set forth in Section 2 have been met, the Loan Documents will automatically become modified on March 1, 2010 (the "Modification Effective Date") and all unpaid late charges that remain unpaid will be waived. I understand that if I have failed to make any payments as a precondition to this modification under a workout plan or trial period plan, this modification will not take effect. The first modified payment will be due on March 1, 2010.

A.  The new Maturity Date will be:         July 1, 2035         .

B.  The modified principal balance of my Note will include all amounts and arrearages that will be past due as of the Modification Effective Date (including unpaid and deferred interest, fees, escrow advances and other costs, but excluding unpaid late charges, collectively, "Unpaid Amounts") less any amounts paid to the Lender but not previously credited to my Loan. The new principal balance of my Note will be $51,978.48 (the "New Principal Balance"). I understand that by agreeing to add the Unpaid Amounts to the outstanding principal balance, the added Unpaid Amounts accrue interest based on the interest rate in effect under this Agreement. I also understand that this means interest will now accrue on the unpaid Interest that is added to the outstanding  principal balance, which would not happen without this Agreement.

C.  Interest at the rate of 7.5% will begin to accrue on the New Principal Balance as of February 1, 2010  and the first new monthly payment on the New Principal Balance will be due on March 1, 2010.  My payment schedule for the modified Loan is as follows:

**PAYMENT  SCHEDULE  APPEARS  ON PAGE 4.**

---

**MULTISTATE  HOME  AFFORDABLE  MODIFICATION  AGREEMENT**  with  **MERS** - Single Family - **Fannie Mae/Freddie  Mac UNIFORM  INSTRUMENT**  VMP  ®  Wolters Kluwer Financial Services ©2009

Form 3157 3/09 (rev. 8/09)

D14200  (0909)  Page 3 of 10

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-26 | 7.5% | 02/01/2010 | $381.97 | $124.29, may adjust periodically | $506.26, may adjust periodically | 03/01/2010 | 305 |

* The escrow payments may be adjusted periodically in accordance with applicable law and therefore my total monthly payment may change accordingly.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.**
**SECTION 3.C. CONTINUES ON PAGE 5.**

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT with MERS - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT VMP ®
Wolters Kluwer Financial Services ©200*

Form 3157 3/09 (rev. 8/09)

D14200 (0909)
Page 4 of 10

The above terms in this Section 3.C. shall supersede any provisions to the contrary in the Loan Documents, including but not limited to, provisions for an adjustable or step interest rate.

I understand that, if I have a pay option adjustable rate mortgage loan, upon modification, the minimum monthly payment option, the interest-only or any other payment options will no longer be offered and that the monthly payments described in the above payment schedule for my modified loan will be the minimum payment that will be due each month for the remaining term of the loan. My modified loan will not have a negative amortization feature that would allow me to pay less than the interest due resulting in any unpaid interest to be added to the outstanding principal balance.

D.  I will be in default if I do not comply with the terms of the Loan Documents, as modified by this Agreement.

E.  If a default rate of interest is permitted under the Loan Documents, then in the event of default under the Loan Documents, as amended, the interest that will be due will be the rate set forth in Section 3.C.

4.  **Additional Agreements.**  I agree to the following:

A.  That all persons who signed the Loan Documents or their authorized representative(s) have signed this Agreement, unless (i) a borrower or co-borrower is deceased; (ii) the borrower and co-borrower are divorced and the property has been transferred to one spouse in the divorce decree, the spouse who no longer has an interest in the property need not sign this Agreement (although the non-signing spouse may continue to be held liable for the obligation under the Loan Documents); or (iii) the Lender has waived this requirement in writing.

B.  That this Agreement shall supersede the terms of any modification, forbearance, Trial Period Plan or Workout Plan that I previously entered into with Lender.

C.  To comply, except to the extent that they are modified by this Agreement, with all covenants, agreements, and requirements of Loan Documents including my agreement to make all payments of taxes, insurance premiums, assessments, Escrow Items, impounds, and all other payments, the amount of which may change periodically over the term of my Loan.

D.  That this Agreement constitutes notice that the Lender's waiver as to payment of Escrow Items, if any, has been revoked, and I have been advised of the amount needed to fully fund my escrow account.

E.  That the Loan Documents are composed of duly valid, binding agreements, enforceable in accordance with their terms and are hereby reaffirmed.

F.  That all terms and provisions of the Loan Documents, except as expressly modified by this Agreement, remain in full force and effect; nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the Loan Documents; and that except as otherwise specifically provided in, and as expressly modified by, this Agreement, the Lender and I will be bound by, and will comply with, all of the terms and conditions of the Loan Documents.

MULTISTATE  HOME AFFORDABLE  MODIFICATION  AGREEMENT  with  MERS - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 3157 3/09 (rev. 8/09)

D14200 (0909)
Page 5 of 10

G. That, as of the Modification Effective Date, notwithstanding any other provision of the Loan Documents, I agree as follows: If all or any part of the Property or any interest in it is sold or transferred without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by the Mortgage. However, Lender shall not exercise this option if state or federal law, rules or regulations prohibit the exercise of such option as of the date of such sale or transfer. If Lender exercises this option, Lender shall give me notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which I must pay all sums secured by the Mortgage. If I fail to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Mortgage without further notice or demand on me.

H. That, as of the Modification Effective Date, I understand that the Lender will only allow the transfer and assumption of the Loan, including this Agreement, to a transferee of my property as permitted under the Gam St. Germain Act 12 U.S.C. Section 1701j-3. A buyer or transferee of the Property will not be permitted, under any other circumstance, to assume the Loan. Except as noted herein, this Agreement may not be assigned to, or assumed by, a buyer or transferee of the Property.

I. That, as of the Modification Effective Date, if any provision in the Note or in any addendum or amendment to the Note allowed for the assessment of a penalty for full or partial prepayment of the Note, such provision is null and void.

J. That, I will cooperate fully with Lender in obtaining any title endorsement(s), or similar title insurance product(s), and/or subordination agreement(s) that are necessary or required by the Lender's procedures to ensure that the modified mortgage loan is in first lien position and/or is fully enforceable upon modification and that if, under any circumstance and not withstanding anything else to the contrary in this Agreement, the Lender does not receive such title endorsement(s), title insurance product(s) and/or subordination agreement(s), then the terms of this Agreement will not become effective on the Modification Effective Date and the Agreement will be null and void.

K. That I will execute such other documents as may be reasonably necessary to either (i) consummate the terms and conditions of this Agreement; or (ii) correct the terms and conditions of this Plan if an error is detected after execution of this Agreement. I understand that a corrected Agreement will be provided to me and this Agreement will be void and of no legal effect upon notice of such error. If I elect not to sign any such corrected Agreement, the terms of the original Loan Documents shall continue in full force and effect, such terms will not be modified by this Agreement, and I will not be eligible for a modification under the Home Affordable Modification program.

L. Mortgage Electronic Registration Systems, Inc. ("MERS") is a separate corporation organized and existing under the laws of Delaware and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, (888) 679-MERS. In cases where the loan has been registered with MERS who has only legal title to the interests granted by the borrower in the mortgage and who is acting solely as nominee for Lender and Lender's successors and assigns, MERS has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling the mortgage loan.

M. That Lender will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. In addition, I understand and consent to the disclosure of my personal information and the terms of the Trial Period Plan and this Modification Agreement by Lender to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Home Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer 'hat owns, insures, guarantees or services my firs' lien or subordinate lien (if applicable) moitgage loan(s); (d) companies that perform support services for the Home Affordable Modification Program and the Second Lien Modification Program; and (e) any HUD certified housing counselor.

N. I agree that if any document elated to the Loan Documents and/or this Agreement is lost, misplaced, misstated, inaccurately reflects the true and correct terms and conditions of the loan as modified, or is otherwise missing, I will comply with the Lender's request to execute, acknowledge, initial and deliver to the Lender any documentation the Lender deems necessary. If the original promissory note is replaced, the Lender hereby indemnifies me against any loss associated with a demand on the original note. All documents the Lender requests of me under this Section 4.N. shall be referred to as "Documents." I agree to deliver the Documents within ten (10) days after I receive the Lender's written request for such replacement.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.
SIGICATURE PAGES FOLLOW.

MULTISTATE HOME AFFORDABLE MCDIFICATION AGREEMENT with MERS - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 3157 3/09 (rev. 8/09)

D14200 (0909)
Page 7 of 10

*Rosie Thomas* _____ ____(Seal)
ROSIE THOMAS                                        -Borrower

_____  _____ ____(Seal)
                                                   -Borrower

_____  _____ ____(Seal)
                                                   -Borrower

_____  _____ ____(Seal)
                                                   -Borrower

### BORROWER ACKNOWLEDGEMENT

**State of   Arkansas**

**County of  PULASKI**

On this *24th* day of *February 2010* , before me,
the undersigned officer, personally appeared
ROSIE THOMAS

known to me (or satisfactorily proven) to be the person whose name(s) is/are subscribed to the within instrument and acknowledged that he/she (they) executed the same purposes therein contained. In witness whereof I hereunto set my hand and official seal.

My Commission Expires:



KRISTY D. MERRITT
Pulaski County
My Commission Expires
February 28, 2015

*Kristy D. Merritt* _____
Notary Public

MULTISTATE   HOME AFFORDABLE   MODIFICATION   AGREEMENT  with      Form 3157   3/09 (rev. 8/09)
MERS - Single Family - **Fannie Mae/Freddie   Mac UNIFORM   INSTRUMENT**
VMP ®                                                              D14200   (0909)
Wolters Kluwer Financial Services ©2009                           Page 8 of 10

Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE4,   (Seal)
by Saxon Mortgage Services, Inc., as its attorney-in-fact                                      -Lender

By: _____

Marie White

## LENDER ACKNOWLEDGEMENT

State of  Texas
County of  Tarrant
On this  5  day of  March 2010  , before me,  **Virginia Dickson**
a Notary Public, (or before any officer within this State or without the State now qualified under existing law to take acknowledgments), duly commissioned, qualified and acting, within and for said County and State, appeared in person the within named  Marie White
(being the person or persons authorized by said corporation to execute such instrument, stating their respective capacities  in  that behalf), to me personally well known, who stated that they were the
                                                    and acting  as attorney-in-fact for
Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE4, by Saxon Mortgage Services, Inc., as its attorney-in-fact

a corporation, and were duly authorized in their respective capacities to execute the foregoing instruments for and in the name and behalf of said corporation, and further stated and acknowledged that they had so signed, executed and delivered said foregoing instrument for the consideration, uses and purposes therein mentioned and set forth. IN TESTIMONY  WHEREOF,  I have hereunto set my hand and official seal this  5  day of March, 2010.

My Commission Expires: 6-10-2013.

VIRGINIA DICKSON
NOTARY PUBLIC
State of Texas
Comm. Exp. 06/10/2013

Notary Public _____  Virginia Dickson

---

MULTISTATE  HOME  AFFORDABLE  MODIFICATION  AGREEMENT  with      Form 3157   3/09 (rev. 8/09)
MERS - Single Family - **Fannie Mae/Freddie  Mac UNIFORM  INSTRUMENT**
VMP ®                                                                    D14200   (0909)
Wolters Kluwer Financial Services ©2009                                  Page 9 of 10

Mortgage Electronic Registration Systems, Inc. _____ (Seal)
-Mortgagee

By: _____
Marie White

### MORTGAGEE ACKNOWLEDGEMENT

State of   Texas
County of  Tarrant

# Virginia Dickson

On this 5 day of March 2010 , before me, ,
a Notary Public, (or before any officer within this State or without the State now qualified under existing law to take acknowledgments), duly commissioned, qualified and acting, within and for said County and State, appeared in person the within named   Marie White   , (being the person or persons authorized by said corporation to execute such instrument, stating their respective capacities in that behalf), to me personally well known, who stated that they were the
of the    Mortgage Electronic Registration Systems, Inc.   , a corporation, and were duly authorized in their respective capacities to execute the foregoing instruments for and in the name and behalf of said corporation, and further stated and acknowledged that they had so signed, executed and delivered said foregoing instrument for the consideration, uses and purposes therein mentioned and set forth. IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal this 5 day of March 2010.

My Commission Expires: 6-10-2013

VIRGINIA DICKSON
NOTARY PUBLIC
State of Texas
Comm. Exp. 06/10/2013

_____
Virginia Dickson

Lien Holder: Saxon Mortgage Services, Inc.
Address:  4708 Mercantile Dr
          Ft. Worth, TX 76137
Telephone Number:  (888)325-3502
Contact

for release of lien.

MULTISTATE  HOME AFFORDABLE  MODIFICATION  AGREEMENT with          Form 3157  3/09 (rev. 8/09)
MERS  - Single Family - Fannie Mae/Freddie  Mac UNIFORM INSTRUMENT
VMP ®                                                              D14200   (0909)
Wolters Kluwer Financial Services ©2009                            Page 10 of 10

## EXHIBIT  A

### Legal Description  of Property

WEST 50 EAST OF THE S 1/2 OF BLOCK 26, JOHN L. ATKINS SCHOLL SUBDIVISION, NOW
IN THE CITY OF NORTH LITTLE ROCK, PULASKI COUNTY, ARKANSAS, MORE PARTICULARLY
DESCRIBED AS FOLLOWS: BEGIN AT THE POINT OF INTERSECTION OF THE NORTH LINE OF
HAYWOOD STREET AND THE LINE COMMON TO BLOCK 25 AND 26 OF SAID SUBDIVISION ;
THENCE NORTHWESTERLY ON SAID COMMON LINE 158 FOOT ; THENCE NORTHEASTERLY AND
PARALLEL TO THE NORTH LINE OF HAYWOOD STREET 50 FEET ; THENCE SOUTHEASTERLY AND
PARALLEL TO THE COMMON LINE OF BLOCK 25 ND 26.158 FEET TO THE NORTH LINE OF
HAYWOOD STREET ; THENCE SOUTHWESTERLY ALONG THE NORTH LINE OF HAYWOOD STREET 50
FEET TO THE POINT OF BEGINNING. PROPERTY ACQUIRED BY ROSIE M. THOMAS AND LOUIS
THOMAS BY WARRANTY DEED DATED 3/12/98 AND RECORDED IN THE CONVEYANCE RECORDS AT
98063143 OF PULASKI COUNTY, ARKANSAS.

# SAXON

4708 Mercantile Drive North
Fort Worth, TX 76137
(888) 325-3205 • Fax (817) 665-7400

March 31, 2010

ROSIE THOMAS
4315 HAYWOOD ST
NORTH LITTLE ROCK, AR  72117-4950

**Loan Number** 2000135692

**Property Address:**   4315 HAYWOOD ST
NORTH LITTLE RO, AR  72117

Congratulations! You have successfully completed your Home Affordable Trial Modification Agreement and begun your Home Affordable Modification! Borrowers who make timely payments on their modified loans will receive success incentives from the U.S. Treasury. For every month you make a payment on time (for a maximum of five years), you will receive a monthly incentive of $68.30 that reduces the principal balance on your loan paid on the anniversary date of your modification. If your loan ceases to be in good standing (three monthly payments are due and unpaid on the last day of the third month , or if you pay off your loan, no further success payments will be paid, including accrued but unpaid amounts. The incentive will be applied directly to your loan balance on each anniversary date of your modification. This contribution by the Treasury will help you build equity faster.

Your current accrued balance is $204.90. Please be advised that you must continue to make your monthly payments in order to earn the yearly Principal Balance Reduction. If at any time during the program your loan becomes 90 days delinquent or is no longer an active loan, you will lose any accrued incentives and all future incentives. Please note that we are unable to pay this amount to you directly under any circumstances.

Saxon is committed to assist you in any way  e can. If you have any questions, please call us immediately toll-free at (888) 325-3502. We can be reached betwe  n 7:00 a.m. and 10:00 p.m. Central Time, Monday through Friday, and from 7:00 a.m. to 5 p.m. Central Time on Sa urday.

We value your relationship at Saxon and appreciate the opportunity to service your loan.

Sincerely,

Home Preservation Department
Saxon

Saxon Mortgage Services, Inc. is a debt collector. This i  an attempt to collect a debt and any information obtained will be used for that purpose. If your loan is currently in bankruptcy, this notice is bein  sent for informational purposes only. This notice is not intended as an attempt to collect, assess, or claim against or demand payment from any pe son who is protected by the U.S. Bankruptcy Code. If you have recently been discharged of your personal liability on this debt due to your Chap er 7 bankruptcy, Saxon is not seeking to collect, recover or offset the debt as a personal liability. We intend only to enforce and collect the debt  against the collateral as permitted by applicable state law. This communication is only for the purpose of prote cting our right to enforcement of the lien on the collateral.
Visit us on the web at www.saxononline.com.

Pl.'s Attach. 3

# SAXON

P.O. BOX 1 ̶ ̶ ̶89
FORT WORTH, TX 76161-1489

April 01, 2010



0-660-50678-0004248-001-1-000-000-000-000

ROSIE  THOMAS
4315 HAYWOOD ST
N LITTLE ROCK AR  72117-4950

Subject:  Upcoming Change to Loan Servicing

Loan Number:  2000135692

Property Address:        4315  Haywood St
                         North Little Ro AR 72117

Effective on April 16, 2010, the servicing of your mortgage loan will be transferred from Saxon to Ocwen
Loan Servicing, LLC The transfer of the servicing (i.e., our right to receive your loan payments) does not
affect any of the terms or conditions of your mortgage other than terms directly related to the servicing of
the loan. The most important element that will change is how you will submit payment for this loan.

Your new servicer will be Ocwen Loan Servicing, LLC and they are required to contact you by May 1,
2010. In the meantime, the following are some important dates to keep in mind:

        Date of servicing transfer:  April 16, 2010
        Date Saxon will stop accepting payments:  April 15, 2010
        Date Ocwen Loan Servicing, LLC will start accepting payments:  April 16, 2010 (send all
        payments due on or after this date to Ocwen Loan Servicing, LLC,

We have included a set of Frequently Asked Questions (FAQs) that should answer some of the questions
that come up when the servicing of a loan is transferred. If you have additional questions before April 16,
2010, please call our Customer Service Department toll-free at 800-594-8422 between
7:00 a.m. to 10:00 p.m. (CT) Monday to Friday and 8:00 a.m. - 2:00 p.m. (CT) Saturday.

Saxon Mortgage Services, Inc

Saxon Mortgage Services, Inc. is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. If your loan is currently
in bankruptcy, this notice is being sent for informational purposes only. This notice is not intended as an attempt to collect, assess, or claim against or demand payment
from any person who is protected by the U.S. Bankruptcy Code. If you have recently been discharged of your personal liability on this debt due to your Chapter 7
bankruptcy, Saxon is not seeking to collect, recover or offset the debt as a personal liability. We intend only to enforce and collect the debt against the collateral as
permitted by applicable state law. This communication is only for the purpose of protecting our right to enforcement of the lien on the collateral.

Pl. s Attach. 4



*Ocwen Loan Servicing, L .....*
*P.O. Box 24726*
*West Palm Beach, Florida 33416-4726*
*(Do not send correspondence or payments to the above address.)*     <u>WWW.OCWEN.COM</u>

May 13, 2010

Rosie Thomas

4315 Haywood St
North Little Rock, AR 72117-4950

Loan Number:        71731855
Property Address:   4315 Haywood St , North Little Rock, AR 72117-0000

Dear Rosie Thomas :

You recently notified Ocwen that a payment sent by you to the prior servicer of the above referenced loan may not have been posted to the account prior to the transfer to Ocwen.  Until the research can be completed, your loan has been credited for the funds in question.  Should we require any additional documentation in order to resolve this issue, we will contact you in a separate letter.  If you receive no further notification from us, you may consider this matter closed.

Should you have any further questions, please contact our Customer Relations Department at (800) 746-2936, Monday - Thursday 9:00 am - 9:00 pm or Friday 9:00 am - 6:30 pm ET..

Sincerely,

Ocwen Loan Servicing, LLC

Pl.'s Attach. 5

IPYL8

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



OCWEN

WWW.OCWEN.COM

July 14, 2010

Rosie Thomas

4315 Haywood St
North Little Rock, AR 72117-4950

Loan Number:        71731855
Property Address:   4315 Haywood St , North Little Rock, AR 72117-0000

Dear Rosie Thomas :

Ocwen has reviewed the possible interim payment issue and has fully researched your account.

Based on our findings, we have determined that the payment in question has since been received and applied to your loan. Therefore, no further adjustments will need to be made on your account.

Should you have any further questions, please contact our Customer Relations Department at (800) 746-2936, Monday - Thursday 9:00 am - 9:00 pm or Friday 9:00 am - 6:30 pm ET.

Sincerely,

Ocwen Loan Servicing, LLC

IPYJ2LET.10

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



**OCWEN**

WWW.OCWEN.COM

July 30, 2010

Rosie Thomas

4315 Haywood St
North Little Rock, AR 72117-4950

Loan Number:          71731855
Property Address:     4315 Haywood St , North Little Rock, AR 72117-0000

Dear Rosie Thomas :

Ocwen has reviewed the possible interim payment issue and has fully researched your account.

Based on our findings, we have determined that the payment in question has since been received and applied to your loan.
Therefore, no further adjustments will need to be made on your account.

Should you have any further questions, please contact our Customer Relations Department at (800) 746-2936, Monday -
Thursday 9:00 am - 9:00 pm or Friday 9:00 am - 6:30 pm ET.

Sincerely,

Ocwen Loan Servicing, LLC

IPYJ2LET.10

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that
purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not
intended as and does not constitute an attempt to collect a debt.*



*OCWEN Loan Servicing,*
*P.O. Box 785063*
*Orlando, FL 32878-5063*
*(Do not send any correspondence or payment to the above address)*          **WWW.OCWEN.COM**

October 29, 2010

Rosie M Thomas

4315 Haywood Street
North Little Rock, AR 721174950

RE: Loan Number:      71731855
Property Address:     4315 Haywood Street
                      North Little Rock, AR  72117

Dear Rosie M Thomas :

Ocwen would like to take this opportunity to thank you for your recent communication regarding the above referenced loan. We appreciate the time and effort on your part to bring your concern to our attention. Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:

**Concern#1** You provided Ocwen with proof of payment for $459.98 remitted to the prior servicer in January 2010 and want to know if the funds were credited to the loan.

**Response**    A review of the prior servicer payment history indicates that the payment for which you provided proof was received by them on January 19, 2010, in the amount of $459.98, which was applied to the loan accordingly.

A review of the prior servicer payment history indicates that the payment for which you provided proof was received by them on January 19, 2010, in the amount of $459.98, which was applied to the loan accordingly.

We acquired the servicing rights of your loan on April 20, 2010, from Saxon Mortgage Services, INC, with the loan due for April 1, 2010 payment. The enclosed Payment Reconciliation History reflects all credits and disbursements made to the loan by Ocwen, and the resulting loan status.

If you believe that any payment remitted to Saxon Mortgage Services, INC or Ocwen has been cashed, but not applied to the loan, please provide us with any of the following relevant proof depending on the mode of payment at the address mentioned below or fax the details to (407) 737-6375:

As of the date of this letter, the loan is due for the November 1, 2010 payment.

We trust the information provided has fully addressed your concern. Please visit our website (www.Ocwen.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there. However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the Ocwen consumer advocate by email at Ombudsman@ocwen.com or by phone at (800) 390-4656. You may also send written correspondence to the following address:

                    Ocwen Loan Servicing, LLC
                    Attention: Research Department
                    P.O. Box 785055
                    Orlando, FL  32878-5055

Sincerely,

RRCMAINLTRM.15   1

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

                                                              Loan Number:71731855