IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ROSIE M. THOMAS,              )<br>                               )<br>       Plaintiff,             )<br>                               )<br>vs.                            )<br>                               )<br>DEUTSCHE BANK NATIONAL TRUST  )<br>COMPANY as Trustee for IXIS REAL )<br>ESTATE CAPITAL TRUST, SAXON    )<br>MORTGAGE SERVICES, INC., and   )<br>OCWEN LOAN SERVICING, LLC,     )<br>                               )<br>       Defendants.             ) | CAUSE NO. 4-11-CV-0775-DPM |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, Rosie M. Thomas, by and through her attorneys, Matthew M. Henry and Brianne A. Franks of The Henry Firm, P.A., and the Defendants, Deutsche Bank National Trust Company as Trustee for Ixis Real Estate Capitol Trust, and Ocwen Loan Servicing, LLC by and through its attorneys, Jay Ebelhar and Blair Evans of Baker Donelson, Bearman, Caldwell & Berkowitz, P.C. and Saxon Mortgage Services, Inc., by and through its attorney, Amy Clemmons Brown of the McMullan Law Firm, LLC and for their Joint Motion to Dismiss the Plaintiff's Claims in the above styled cause of action, hereby state:

1. The Parties herein have reached a settlement of all claims in the above styled case.

2. Pursuant to the terms of the settlement agreement, the Plaintiffs agree to dismiss all claims against all Defendants in the above styled case.

WHEREFORE, all parties herein, respectfully request this Court grant the Stipulated Motion for Dismissal with Prejudice and for all other relief allowed by law.

**THE HENRY FIRM, P.A.**
By:   /s/ Matthew M. Henry
MATTHEW M. HENRY
300 Spring Bldg., Suite 1015
Little Rock, AR 72201
P: 501-374-0911
F: 501-374-0999
thehenryfirm@sbcglobal.net
ATTORNEY FOR PLAINTIFF
ROSIE M. THOMAS


By:   /s/ Jay A. Ebelhar
Jay A. Ebelhar, Esq.
Blair Beavers Evans, Esq.
**Baker Donelson Bearman Caldwell & Berkowitz, P.C.**
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, TN  38103
P: (901) 577-8204
F: (901) 577-0867
jebelhar@bakerdonelson.com
bevans@bakerdonelson.com

*Counsel for Defendant Deutsche Bank National Trust Co., as Trustee for IXIS Real Estate Capital Trust and Defendant Ocwen Loan Servicing, LLC*

By:   /s/ Amy Clemmons Brown
Amy Clemmons Brown, Esq.
**McMullan Law Firm**
815 W. Markham
Little Rock, AR  72203
P: (501) 376-9119
F: (501) 376-8437
abrown@mlf-firm.com

*Counsel for Defendant Saxon Mortgage Services, Inc.*