IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROSIE M. THOMAS                                                              PLAINTIFF

v.                                     No. 4:11-cv-775-DPM

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee for IXIS Real Estate
Capital Trust; SAXON MORTGAGE
SERVICES, INC.; and OCWEN LOAN
SERVICING, LLC.                                                            DEFENDANTS

JUDGMENT

Thomas's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2013